UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROWENA TALLEY,

    PLAINTIFF,             CASE NO.    06-13724

v.                                 HONORABLE ARTHUR J. TARNOW
                                 UNITED STATES DISTRICT JUDGE

MICHAEL J. ASTRUE.
COMMISSIONER OF SOCIAL SECURITY,      MAGISTRATE JUDGE
                                         VIRGINIA M. MORGAN

    DEFENDANT.
                              /

**ORDER ADOPTING THE MAGISTRATE'S REPORT AND
RECOMMENDATION [D/E # 14]**

The Court having reviewed the Magistrate Judge's Report and Recommendation filed April 30, 2007, as well as the administrative record, and having received no objections from either side,

**IT IS HEREBY ORDERED** that the Report is accepted and entered as the findings and conclusions of this Court.

As a result, Plaintiff's Motion for Summary Judgment [D/E # 8] is **DENIED**, Defendant's Motion for Summary Judgment [D/E # 12] is **GRANTED**, and the case is **DISMISSED**.

                                         S/ARTHUR J. TARNOW
                                         Arthur J. Tarnow
                                         United States District Judge

Dated: June 14, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 14, 2007, by electronic and/or ordinary mail.

                                         S/THERESA E. TAYLOR
                                         Case Manager